*xx Amended xx*

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI     CASE NO. 11-10449

Debtor: John Westmoreland ............... SSN XXX-XX- 0325 ......... Current Monthly Income $ ..................

Joint Debtor: Sherry Westmoreland ......... SSN XXX-XX- 2456 ......... Current Monthly Income $ ..................

Address: 17 CR 508, Como, MS 38619 ........................................ No. of Dependents: ..........

Telephone No.: ............................... TAX REFUNDS AND EIC FOR DISTRIBUTION: ............................

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this plan.**

## PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of ..60..... months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed or the recipient of government benefits.

(A)   Debtor shall pay $ 378.00 ................. per ( ☐ monthly ☐ semi-monthly ■ weekly ☐ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer at:

   Tri Star Mechanical .............................................

   P.O. Box 1549 .................................................

   Batesville, MS 38606 ..........................................

(B)   Joint debtor shall pay $ ................ per ( ☐ monthly ☐ semi-monthly ☐ weekly ☐ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Joint debtor's employer at:

   .............................................................

   .............................................................

   .............................................................

## PRIORITY CREDITORS

Filed claims that are not disallowed to be paid in full:        IRS $ 0.00 ......... @ $ 0.00 ...../month

State Tax Commission $ 0.00 ......... @ $ 0.00 ...../month     Other $ 0.00 ......... @ $ 0.00 ...../month

DOMESTIC SUPPORT OBLIGATIONS (POST-PETITION) DUE TO: CRDU    Tate Cty DHS
P.O. BOX 4301                    P.O. Box 280
Jackson MS 39296                 Senatobia MS 38668

in the amount of $ 431.67 shall be paid $ 431.67 /month beginning *continuing - payroll deducted*
(☐ direct ☒ through payroll deduction ☐ through the plan)

PRE-PETITION DOMESTIC SUPPORT ARREARAGE   DUE TO: NONE

   .............................................................

   .............................................................

through ............... in the amount of $ ................... shall be paid at $ ................./month
(☐ direct ☒ through payroll deduction ☐ through the plan)

## HOME MORTGAGE(S)

MTG PMTS TO: Cimmarron Mortgage Comp ..... BEGINNING 05/11 ........ @$ 1,264.14 .... ■ PLAN ☐ DIRECT

MTG PMTS TO: ........................ BEGINNING ................ @$ ............ ☐ PLAN ☐ DIRECT

MTG PMTS TO: ........................ BEGINNING ................ @$ ............ ☐ PLAN ☐ DIRECT

MTG ARREARS TO: Cimmarron Mortgage Comp .... THROUGH 04/11 .... $ 7,784.42 ..... @$ 129.74 ..../MO*

(*Including interest at 0 %)

MTG ARREARS TO: ................... THROUGH .............. $ ............... @$ .........../MO*

(*Including interest at 0 %)

MTG ARREARS TO: ................... THROUGH .............. $ ............... @$ .........../MO*

(*Including interest at 0 %)

Debtor's Initials J.W. Joint Debtor's Initials S.W. —— CHAPTER 13 PLAN PAGE 1 OF 2

**SECURED CLAIMS** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Interest Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| First Security Bank | 2000 Ford | 3630.00 | 6672.50 | 7% | 4,312.80 | 71.88 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SPECIAL CLAIMANTS** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal To be Paid |
|---|---|---|---|
| First Franklin Financial | HHG | 9,170.00 | MTAVL |
| First Heritage | HHG | 1,068.00 | MTAVL |
| First Metro Finance | HHG | 206.00 | MTAVL |
| Tower Loans of Batesville | HHG | 1,060.00 | MTAVL |
| Yamaha/GEMB | 2010 ATV | 7,179.00 | surrender |
| Republic Finance | HHG | 2714.00 | MTAVL |
| Republic Finance | HHG | 2000.00 | MTAVL |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including but not limited to, adequate protection payments:......................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................

**UNSECURED DEBTS** totaling approximately $............34,007.60............are to be paid in deferred payments to Creditors that have timely filed claims that are not disallowed: .............. IN FULL or ......0......% (percent) minimum.

Total Attorney Fees Charged $...:2,800.00........................
Attorney Fees Previously Paid $...377.00...........................
Attorney fees to be paid through the plan $..2,423.00.........

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone No. of Vehicle Insurance Co./Agent
....................................................................
....................................................................
....................................................................
Telephone/Fax..........................................................

Attorney for Debtor (Name/Address/Phone/Email)
C. Gaines Baker
136 Public Square  CG Baker Bldg. Suite One
Batesville, MS  38606
Telephone/Fax..(662)563-9385/(662)561-0743........
E-mail Address..cgbaker@panola.com.(Court.use.only

DATE 28. Feb. 2011

Amended 4 March 2011

DEBTOR'S SIGNATURE

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE

CHAPTER 13 PLAN, PAGE 2 OF ......2......